UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 14-1818
_____

UNITED STATES OF AMERICA

v.

JARRETT HOBBS,
                              Appellant


_____


On Appeal from the District Court
for the Middle District of Pennsylvania
(D.C. Criminal No. 1-12-cr-00325-003)
District Judge: Honorable William W. Caldwell
_____


Submitted Pursuant to Third Circuit LAR 34.1(a)
January 13, 2015

Before: MCKEE, Chief Judge, HARDIMAN, and SCIRICA, Circuit Judges


_____

JUDGMENT
_____


This cause came to be considered on the record from the United States District

Court for the Middle District of Pennsylvania and was submitted pursuant to Third

Circuit LAR 34.1(a)] on January 13, 2015.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered March 25, 2014, be, and the same is hereby affirmed.  All of the above in accordance with the opinion of this Court.

ATTEST:

s/Marcia M. Waldron
Clerk

DATED: August 11, 2015