| PROB 22<br>(MD/PA 6/2013) | DOCKET NUMBER *(Tran. Court)*<br>1:12-CR-325-03 |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Middle District of Pennsylvania | DIVISION<br>Harrisburg |
|---|---|---|

| Jarrett Hobbs<br>North Carolina | NAME OF SENTENCING JUDGE<br>William W. Caldwell<br>United States District Judge* | |
|---|---|---|

| | DATES OF<br>Supervised Release | FROM<br>June 23, 2021 | TO<br>June 22, 2026 |
|---|---|---|---|

**OFFENSE**

Conspiracy to Commit Bank and Wire Fraud - 18 U.S.C. §§ 1349, 1344 and 1343

*On December 9, 2021, case reassigned to The Honorable Robert D. Mariani.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Middle___ DISTRICT OF ___Pennsylvania___

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Middle District of North Carolina  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

12/10/21
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  Middle  DISTRICT OF  North Carolina

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

December 13, 2021
_____
Effective Date

_____
United States District Judge